IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Maranzano v. S-L Distribution Company, LLC<br>and<br>S-L Distribution Company, LLC v. Maranzano<br>and<br>S-L Distribution Company, LLC v. Benjamin Maranzano, LLC | 1:19-cv-01997-JPW |
| Marston/Safi v. S-L Distribution Company, LLC<br>and<br>S-L Distribution Company, LLC v. Marston/Safi<br>and<br>S-L Distribution Company, LLC v. Marhal Distributors, LLC, *et al.* | 1:19-cv-02187-JPW |
| Charleau v. S-L Distribution Company, LLC<br>and<br>S-L Distribution Company, LLC v. Charleau<br>and<br>Snyder's-Lance, Inc. v. Charleau Distribution, LLC | 1:20-cv-00879-JPW |
| Vrabac/Rocco v. S-L Distribution Company, LLC<br>and<br>S-L Distribution Company, LLC v. Vrabac/Rocco<br>and<br>S-L Distribution Company, LLC v. Vedo Snacks LLC, *et al.* | 1:20-cv-00937-JPW |

**JOINT STATUS REPORT**

Pursuant to the Court's Verbal Order on February 7, 2022, instructing the Parties to file a joint status report by February 11, 2022, the Parties in the above-captioned actions report that they are ready to file unopposed approval papers for the settlements, but are in the process of executing the settlement agreement for each

1

matter, and require and request additional time to do so. Specifically, the Parties respectfully request (i) an additional seven (7) days to execute the settlement agreements and submit approval papers in the above-captioned matters; and (ii) that the Court extend the instant stay of deadlines and proceedings until February 18, 2022.

The Parties expect to file their respective approval papers before February 18, 2022.

Date: February 11, 2022           Respectfully,

/s/ *Benjamin K. Jacobs*
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000
*One of the Attorneys for Defendants, Counterclaim Plaintiffs, and Third-Party Plaintiffs*

/s/ *Mark J. Gottesfeld*
Winebrake & Santillo, LLC
Twining Office Center, Suite 211
715 Twining Road
Dresher, PA 19025
(215) 884-2491
*One of the Attorneys for Plaintiffs, Counterclaim Defendants, and Third-Party Defendants*