IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Marston/Safi v. S-L Distribution Company, LLC<br>and<br>S-L Distribution Company, LLC v. Marston/Safi<br>and<br>S-L Distribution Company, LLC v. Marhal Distributors LLC, *et al.* | 1:19-cv-02187-JPW |
| Charleau v. S-L Distribution Company, LLC<br>and<br>Snyder's Lance, Inc., as Successor in Interest to S-L Distribution Company, LLC v. Charleau<br>and<br>Snyder's-Lance, Inc., as Successor in Interest to S-L Distribution Company, LLC v. Charleau Distribution, LLC | 1:20-cv-00879-JPW |
| Vrabac/Rocco v. S-L Distribution Company, LLC<br>and<br>S-L Distribution Company, LLC v. Vrabac/Rocco<br>and<br>S-L Distribution Company, LLC v. Vedo Snacks LLC, *et al.* | 1:20-cv-00937-JPW |

**FINAL ORDER AND JUDGMENT APPROVING
SETTLEMENTS AND DISMISSAL OF CLAIMS WITH PREJUDICE**

Based upon the record and all of the prior proceedings in these matters, the Court GRANTS S-L's Unopposed Motion to Dismiss with Prejudice and for Approval of Settlement of Plaintiffs Daaveed Charleau, Kevin Marston, Paul Rocco, Belal Safi, and Arnes Vrabac's ("Named Plaintiffs") Claims, and Defendant S-L Distribution Company, LLC's and Counterclaimant-Third-Party Plaintiff Snyder's Lance, Inc.'s, as successor in interest to S-L Distribution Company, LLC (both

entities herein collectively referred to as "S-L"), counterclaims and third-party claims:

It is ORDERED that (1) the above-captioned actions, including Named Plaintiffs' claims, further including those brought under Connecticut wage statutes, the Massachusetts Wage Act, New Hampshire wage laws, and common law (such as breach of contract), as well as S-L's counterclaims and third-party claims, are DISMISSED with prejudice, with each party to bear its own attorneys' fees, expenses, and costs; and (2) the Parties' settlement of each Named Plaintiff's claims and each settlement's release of claims, including those under (i) the Fair Labor Standards Act, (ii) state wage and hour and wage payment laws, and (iii) common law (such as breach of contract), are APPROVED.

IT IS SO ORDERED.

Dated: February 22, 2022

   s/ Jennifer P. Wilson
Honorable Jennifer P. Wilson
United States District Court
Middle District of Pennsylvania